# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 FEB -1  A 10: 50

CLERK _J. Vittorio_
S. DIST. OF GA.

Gore Marine Corporation
_____
Plaintiff

v.

Norfolk Dredging Company
_____
Defendant

Case No. CV206-037

Appearing on behalf of

Plaintiff, Gore Marine Corporation
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _1st_ day of _February_, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Robert Collin Evans

**Business Address:** Evans & Company
Firm/Business Name

639 Cherokee Street
Street Address

New Orleans   LA   70118
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2
(504) 522-1400

City, State, Zip

Telephone Number (w/ area code)   Georgia Bar Number