# United States District Court
## Southern District of Georgia



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 FEB -1  A 10: 50

CLERK _____
S. DIST. OF GA.

Gore Marine Corporation
_____
Plaintiff

Case No.  CV206-037

v.

Appearing on behalf of

Norfolk Dredging Company
_____
Defendant

Plaintiff, Gore Marine Corporation
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __1st__ day of __February__, __2006__.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:**  Robert Collin Evans

**Business Address:**  Evans & Company
                          Firm/Business Name

639 Cherokee Street
_____
Street Address

                          New Orleans    LA    70118
Street Address (con't)       City      State   Zip


Mailing Address (if other than street address)


Address Line 2           City, State, Zip
(504) 522-1400
_____
Telephone Number (w/ area code)   Georgia Bar Number