FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 23 P 4:41

CLERK _F. LaVictoire_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

| | | |
|---|---|---|
| GORE MARINE CORPORATION, | ) | |
|     Plaintiff | ) | CIVIL ACTION NO.: 206-37 |
| | ) | |
| VERSUS | ) | SECTION: |
| | ) | |
| NORFOLK DREDGING COMPANY, | ) | IN ADMIRALTY |
|     Defendant. | ) | |

## ORDER

Considering the foregoing Motion to Intervene as a Party Plaintiff filed by Liberty International Underwriters, it is hereby ordered, adjudged and decreed that Liberty International Underwriters be allowed to intervene in the above captioned suit and that the Complaint of Intervener, Liberty International Underwriters be filed into

Page 6

the record of the above captioned matter.

Done this 23 day of October, 2006

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Page 7